UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ORIX PUBLIC FINANCE, LLC, | : | Case No. 19-00139 (SDA) |
| Plaintiff, | : | |
| -against- | : | **STIPULATION OF DISMISSAL** |
| FRANKLIN C. GATLIN, III, | : | |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above action is dismissed without prejudice.

Dated: October 11, 2019

Aronauer & Yudell, LLP

By ______________________

Joseph Aronauer, Esq.
One Grand Central Place, Suite 1420
New York, NY 10165
Phone: (212) 755-6000
Fax: (212) 755-6006
*Counsel for Plaintiff, ORIX Public Finance, LLC*

Cole Schotz P.C.

By: ______________________

James T. Kim, A Member of the Firm
1325 Avenue of the Americas
19th Floor
New York, NY 10019
Phone: (212) 752-8000
Fax: (212) 752-8393
*Counsel for Defendant Franklin C. Gatlin, III*